UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIS,<br><br>        Plaintiff,<br><br>    v.<br><br>FEINBERG, et al.,<br><br>        Defendants. | No. 2: 13-cv-1344 KJM KJN P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 19, 2013, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. The magistrate judge recommended that this action be dismissed because it is duplicative of another action filed by plaintiff in this court, 2: 13-cv-1302 EFB. In both actions, plaintiff sues Dr. Feinberg for failing to treat his toenail fungus.

/////

1

1    In response to the findings and recommendations, plaintiff filed a "motion to set aside."
2 (ECF No. 5.) In this motion, plaintiff requests that the court defer ruling on the findings and
3 recommendations until 13-1302 is decided. Plaintiff states that he has no record of filing case no.
4 13-1302.
5    Court records indicate that the complaint in 13-1302 was filed on June 28, 2013. On July
6 15, 2013, plaintiff filed a form consenting to the Magistrate Judge conducting all proceedings in
7 13-1302. The court has not yet screened the complaint filed by plaintiff in 13-1302. Because
8 court records clearly demonstrate that plaintiff is proceeding with 13-1302, plaintiff's motion to
9 stay is denied.
10    At the same time, a close review of the complaints in 13-1302 and in this case indicates
11 that the form complaint in each case is identical, and signed on the same date. The complaint in
12 this case has documents attached to it that do not appear on the docket in 13-1302. In an
13 abundance of caution and in the interests of justice, the court will direct the Clerk to file a copy of
14 this order and the complaint in this case in 13-1302, so that the magistrate judge in 13-1302 is
15 aware of the document and can review it as he deems appropriate.
16    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
17 court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court
18 finds the findings and recommendations to be supported by the record and by the proper analysis.
19    Accordingly, IT IS HEREBY ORDERED that:
20    1.  Plaintiff's motion to stay (ECF No. 5) is denied;
21    2.  The Clerk of the Court shall file a copy of this order and the complaint filed in this
22        case on July 5, 2013 as ECF 1, as a new document in case no. 2:13-cv-1302 EFB;
23    3.  The findings and recommendations filed July 19, 2013 are adopted in full; and
24    4.   This action is dismissed without prejudice.
25 DATED: September 4, 2013.

_____
UNITED STATES DISTRICT JUDGE