UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ELLIS,

         Plaintiff,

  v.

FEINBERG,

         Defendant.

No. 2:13-cv-1302-EFB P

ORDER

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendant Feinberg has filed objections to the court's February 14, 2014 Discovery and Scheduling Order. In the objections, defendant requests that additional time be provided for discovery and the filing of dispositive motions.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendant's request to modify the court's Discovery and Scheduling Order (ECF No. 17) is granted;

      2. The court's February 14, 2014 Discovery and Scheduling Order (ECF No. 16) is modified as follows:

           a. The parties may conduct discovery until November 14, 2014. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than September 14, 2014.

      b.  Dispositive motions shall be filed on or before March 14, 2015.

   3.  All other requirements and orders in the February 14, 2014 Discovery and Scheduling Order shall remain in effect.

DATED: March 4, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE