IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT ELLIS,**<br><br>             Plaintiff,<br><br>     v.<br><br>**DR. FEINBERG, Chief Executive Officer Health Service; J.E. COPLEY,**<br><br>             Defendants. | 2:13-cv-01302 EFB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE**<br><br>Trial Date:     Not Set<br>Action Filed:  6/28/2013 |

Defendant Feinberg has moved to take the deposition of Plaintiff Robert Ellis (P35156) via videoconference. For good cause shown, IT IS ORDERED that Defendant's request is GRANTED. Defendant may conduct Plaintiff's deposition by videoconference. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video conferencing equipment if it is not already available.

DATED: October 9, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE